IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ARTHUR B. HERNANDEZ,

    Plaintiff,

v.                                Civil Action No. 3:07cv597

EQUIFAX INFORMATION
SERVICES, INC., et al.,

    Defendants.

### ORDER

The undersigned recuses himself from presiding over this action because he owns stock in Bank of America, N.A., a defendant in this action. It is hereby ORDERED that the Clerk reassign this action to another judge in accord with the standard assignment system.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

                                                     /s/
                                      Robert E. Payne
                                      Senior United States District Judge

Richmond, Virginia
Date: October 10, 2007